IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

**SHAWN HOSFORD,**
        Plaintiff,

vs.

**NORDSTROM DISTRIBUTION MANAGEMENT, INC. and MULGREW OIL AND PROPANE d/b/a MULGREW OIL CO. a/d/b/a/ CHASE OIL a/d/b/a CORDES OIL**,
        Defendants.

Case No. 20-1047

**DEFENDANT MULGREW OIL'S 7.1 DISCLOSURE STATEMENT**

Defendant Mulgrew Oil Co., by and through its attorneys, pursuant to LR 7.1 and LR 81(c) and (d), provides the following information to the Court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in this Defendant's outcome in this case:

Mulgrew Oil Co. dba

1. R&K Oil
2. Perfection Oil Co.
3. Innovative Energy LLC
4. Cordes Oil
5. Keatley Oil
6. Paul's Pump Service
7. Bresnahan Oil
8. Kelly Oil Co.
9. Mulgrew Oil & Propane
10. Chase Oil

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

1. Mulgrew Oil Co. dba R&K Oil – no connection with or interest in this litigation.

2. Mulgrew Oil Co. dba Perfection Oil Co. - no connection with or interest in this litigation.

3. Mulgrew Oil Co. dba Innovative Energy LLC - no connection with or interest in this litigation.

4. Mulgrew Oil Co. dba Cordes Oil - no connection with or interest in this litigation.

5. Mulgrew Oil Co. dba Keatley Oil - no connection with or interest in this litigation.

6. Mulgrew Oil Co. dba Paul's Pump Service - this is a fictitious name of Mulgrew Oil, Co. Paul's Pump Service was previously owned by Tim Loeffelholz and was purchased by Mulgrew Oil.

a. Mulgrew Oil Co. dba Bresnahan Oil - no connection with or interest in this litigation.

b. Mulgrew Oil Co. dba Kelly Oil Co. - no connection with or interest in this litigation.

c. Mulgrew Oil Co. dba Mulgrew Oil & Propane – this is a fictitious name of Mulgrew Oil, Co.

d. Mulgrew Oil Co. dba Chase Oil - no connection with or interest in this litigation

FUERSTE, CAREW,
JUERGENS & SUDMEIER, P.C.

By: */s/ Jenny L. Weiss*
    Jenny L. Weiss, AT0009397

By: */s/ Jessica L. McNamara*
    Jessica L. McNamara, AT0013092
890 Main Street, Suite 200
Dubuque, IA 52001
Phone: (563) 556-4011
Fax: (563) 556-7134
Email: jweiss@fuerstelaw.com
    jmcnamara@fuerstelaw.com

ATTORNEY FOR DEFENDANT MULGREW OIL AND PROPAGE d/b/a MULGREW OIL CO. a/d/b/a CHASE OIL a/d/b/a CORES OIL