# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| SHAWN HORSFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORDSTROM, INC. ) <br> ) <br> Defendant. ) | Civil No. 20-CV-1047 CJW-KEM <br><br> **STIPULATION OF ALL CLAIMS BY ALL PARTIES WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(ii), the Parties herein jointly stipulate to dismiss the above-caption matter with prejudice, and in support thereof, state:

1. The Parties have settled all issues between them in this case and hereby file this joint stipulation and dismiss with prejudice all claims asserted in this action.

2. The Parties agree that each party shall bear their own fees and costs.

WHEREFORE, the Parties stipulate that this case is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

**RSH LEGAL, P.C.**

*/s/ Benjamin P. Long*
Benjamin P. Long AT00010155
425 Second Street SE, Suite 1140
Cedar Rapids, IA 52401
Phone: 319-365-9200
Fax: 319-365-1114
E-mail: blong@fightingforfairness.com
**ATTORNEY FOR PLAINTIFF**

1

**LARSON KING LLP**

*/s/ Nicholas Rauch*
Nicholas Rauch
Steve Laitinen
2800 Wells Fargo Place
30 E. Seventh St
St. Paul, MN 55101
Phone: 651-312-6500
Email: nrauch@larsonking.com
**ATTORNEYS FOR DEFENDANT NORDSTROM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Eastern Division, using the ECF system which will send notification of all counsel and parties of record. No parties need to be notified separate and apart from the ECF system.

**By:** */s/ Benjamin P. Long*